**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| J.K. AND T.Z., | : | No. 98 MM 2018 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| A.M.U. AND G.U., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2018, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.